# Lafayette & Kumagai

**Lafayette & Kumagai LLP**
Attorneys

101 Mission Street, Suite 600
San Francisco, CA 94105

415.357.4600 TEL
415.357.4605 FAX
www.lkclaw.com

March 15, 2016

The Honorable Joseph C. Spero
United States District Court
Northern District of California
San Francisco Courthouse
Courtroom G - 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    *Dana v. The Hershey Company, et al.*
              U.S. District Court, Northern District of California
              Case No. 3:15-cv-04453-JCS

Dear Judge Spero:

We are local counsel for Defendants The Hershey Company and Hershey Chocolate & Confectionery Corporation (together, "Hershey") in the above-referenced matter and are writing in regards to the hearing on Hershey's Motion to Dismiss scheduled for this Friday, March 18, 2016 at 2:00 p.m.

Our co-counsel at Patterson Belknap Webb & Tyler LLP will be arguing the motion on behalf of Hershey, and Mr. Lafayette and I, as local counsel, plan on appearing as well. However, we would like to request that Mr. Lafayette be permitted to appear by telephone. Mr. Lafayette was involved in an accident over the weekend, and as a result of injuries he sustained, may not be able to attend the hearing in person. His landline number is 510-848-2682.

Please let us know if you have any questions.

Sincerely,

LAFAYETTE & KUMAGAI LLP

/s/ *Brian H. Chun*
BRIAN H. CHUN

Mr. Lafayette shall be on phone standby and await the Court's call.
Dated: 3/16/16



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero