UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA DANA,<br><br>    Plaintiff.<br><br>v.<br><br>THE HERSHEY COMPANY, et al.,<br><br>    Defendants. | Case No. 15-cv-04453-JCS<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>Re: Dkt. No. 37 |

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendants.

Dated: March 30, 2016

                                            Susan Y. Soong, Clerk

                                        By:_____

                                            Karen L. Hom<br>                                            Deputy Clerk